# EXHIBIT "A"

## UNSWORN DECLARATION OF AESHA J MAKWANA

1.    "My name is Aesha J Makwana, and I am a Business Analyst in Maryland. I am executing

this declaration as a part of my derivative Adjustment of Status petition filed with USCIS on

November 19, 2019. I declare under penalty of perjury that the foregoing is true and correct."

2.    "I am over the age of eighteen (18) years, have never been convicted of a felony, and I am

fully authorized and competent to make this declaration and have personal knowledge to testify

to all matters herein and they are true and correct."

3.    "I was born in India, and I have applied for my derivative adjustment of status petition with

a Priority Date December 23, 2009, based on my Spouse's I-140."

4.    "I have waited for over thirteen (13) years since the filing of my spouse's I-140 to adjust

my status and was thrilled when we were able to file our I-485 application in 2019. However,

forty-one (41) months of waiting, there has been no progress on my case."

5.    "This is extremely disappointing that after timely filing and paying USCIS $1225 for my

I-485 petition, I have no end in sight."

6.    "While waiting for USCIS to adjudicate my I-485 petition, I have contacted the Office of

US Senator for Maryland, Mr. Ben Cardin. I have submitted service requests to USCIS office

to inquire on the status of my petition."

7.    "My spouse's I-485 application was approved in August of 2021 while my status was

unchanged. The USCIS delays are causing several problems for my family and me. I am

limited in career growth as I am unable to accept better job offers that I have the ability to take

and execute competently."

8.    "Further, USCIS was slow to process my I-485 EAD and only issued Advance Parole for

one year. As the validity period is short (EAD expiry- 06/10/2023 and AP expiry- 07/05/2023),

I am in the process of applying for both my I-485 EAD and Advance Parole regularly, constantly experiencing a delay in processing. This causes undue stress on both my family and me, as well as constant concern over my ability to work and travel."

9.  "Given this situation, I sincerely request the court to kindly consider my pleas and instruct the Department of State and USCIS to allocate an immigrant visa for me immediately."

Executed in Howard County, State of Maryland, on the _1_<sup>st</sup> day May, 2023.



Aesha J Makwana, Declarant